## WILLACY COUNTY WATER CONTROL & IMPROVEMENT DIST. NO. ONE v. NUSSBAUM et al.

### No. 11136.

Court of Civil Appeals of Texas. San Antonio.

Nov. 12, 1941.

Sawnie B. Smith, of Edinburg, and Smith & Nielsen, of Raymondville, for appellant.

Jesse G. Foster, and Crane & Glarner, all of Raymondville, for appellees.

MURRAY, Justice.

This is an appeal from an order granting a temporary injunction restraining the appellant from moving certain property outside of Willacy County, Texas.

Appellant contends that the Criminal District Court of Willacy County was without jurisdiction to issue the temporary injunction.

This exact question was decided in appellant's favor by the Supreme Court of Texas, on October 29, 1941 in Ex parte W. E. Richards, Albert Hughes and M. A. Hickey, 155 S.W.2d 597, not yet published [in State Report].

Accordingly, the order granting the temporary injunction will be reversed and the cause dismissed.